

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00182-CV

| | | |
|---|---|---|
| Parker County Appraisal District | § | From the 415th District Court |
| | § | of Parker County (CV11-1381) |
| v. | | |
| | § | June 19, 2014 |
| James D. Francis | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Parker County Appraisal District shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
    Justice Sue Walker